PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Petitioner
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>    v.<br><br>JENNIFER PETERSON and STEVEN PETERSON,<br><br>                Respondents. | Case No. 1:23-cv-1326-JLT-BAM<br><br>[PROPOSED] ORDER TO SHOW CAUSE<br><br>DATE: NOVEMBER 3, 2023<br>TIME: 9:00 A.M.<br>CTRM: 8, 6TH FLOOR<br>JUDGE: BARBARA A. MCAULIFFE |
|---|---|

Upon the petition of the United States, including the declaration of Revenue Agent Ramsey (Doc. 1-1), and the exhibits attached thereto, it is hereby ORDERED that:

1. Respondents, Jennifer Peterson and Steven Peterson, shall appear before United States Magistrate Judge Barbara A. McAuliffe in the Robert E. Coyle United States Courthouse, 2500 Tulare Street, in Fresno, California, on **Friday, November 3, 2023 at 9:00 a.m. in Courtroom 8** to show cause why they should not be compelled to obey the IRS summonses issued in this matter.

2. The Court will preside under 28 U.S.C. § 636(b)(1) and Local Rule 302(c)(9).

3. To afford Respondents an opportunity to respond to the Petition, a copy of this order, the Petition and its Exhibits, and the Points and Authorities, shall be served at least 30 days before the show cause hearing date, unless such service cannot be made despite reasonable efforts. Proof of any service shall be filed with the Clerk as soon as practicable.

4. The Petition reflects a *prima facie* showing that the investigation is conducted pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not

already within the Commissioner's possession, and that the administrative steps required by the Code have been followed.  *See United States v. Powell*, 379 U.S. 48, 57-58 (1964).

5. The burden of coming forward therefore has shifted to whomever might oppose enforcement.  If Respondents have any defense or opposition to the Petition, such defense or opposition shall be filed and served at least 14 days before the show cause hearing date.

6. At the show cause hearing, the Court intends to consider the issues properly raised in opposition to enforcement. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition may be deemed admitted.

7. Respondents may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days before the date set for the show cause hearing, that Respondents have no objections to enforcement of the summons.  Respondents' appearance at the hearing will then be excused.

IT IS SO ORDERED.

Dated:   **September 18, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE