1  PHILLIP A. TALBERT
   United States Attorney
2  STEVEN S. TENNYSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Petitioner
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cv-01326-JLT-BAM |
|---|---|
| Petitioner, | **[PROPOSED]** **FINDINGS AND RECOMMENDATIONS REGARDING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |
| v. | |
| JENNIFER PETERSON and STEVEN PETERSON, | (Doc. 1) |
| Respondents. | **FOURTEEN (14) DAY DEADLINE** |

On September 6, 2023, the United States filed a Petition to Enforce two Internal Revenue Service Summons issued to Respondents Jennifer Peterson and Steven Peterson ("Respondents"). (Doc. 1.) The summons is part of an investigation to secure requested testimony, books, records, papers, and other data needed to collect Respondents' tax liability for the years 2016 through 2020. (*Id.* at 1-2.)

On September 18, 2023, the Court issued an Order to Show Cause as to why those summonses should not be enforced and set a show cause hearing for November 3, 2023. (Doc. 5.) A copy of that order, along with the Petition, and its supporting documents was personally served on both Respondents on September 23, 2023. (Docs. 6, 7.) The matter came before the Court for hearing on November 3, 2023. (Doc. 8.) Attorney Steven Tennyson appeared for the United States; neither Respondent filed a response to the Order to Show Cause nor appeared at the hearing. (Doc. 9.)

Based on the uncontroverted Petition verified by Revenue Agent Shannon De Voe Ramsey (Docs. 1, 1-1), and the entire record, the Court makes the following findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 304 of the Local Rules of the United States

[PROPOSED] FINDINGS AND
RECOMMENDATIONS

1

District Court for the Eastern District of California:

1. Subject matter jurisdiction is invoked pursuant to 28 U.S.C. §§ 1340 and 1345 and is found to be proper.  26 U.S.C. §§ 7402(b) and 7604(a) authorize the government to bring this action in this Court.

2. The summonses issued on September 15, 2022 (Doc. 1-1 ¶ 4) and served upon Respondents that same day (*Id.* ¶ 5), seeking testimony and production of documents and records in Respondents' possession was issued in good faith and for a legitimate purpose under 26 U.S.C. § 7602, that is, to secure information related to Respondents' tax liabilities for the federal income tax periods ending December 31, 2016, through December 31, 2020.  (*Id.* ¶ 2.)

3. The information sought—Respondents' financial books, papers, records, or other data—is relevant to that legitimate purpose. (*Id.* ¶ 9).

4. The information sought is not already in the possession of the Internal Revenue Service.  (*Id.* ¶ 7).

5. The administrative steps required by the Internal Revenue Code have been followed.  (*Id.* ¶ 8).

6. There is no evidence of a referral of this case by the Internal Revenue Service to the Department of Justice for criminal prosecution.  (*Id.* ¶ 9).

7. The Petition and its exhibits constituted a *prima facie* showing that the investigation is conducted pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been followed.  *See United States v. Powell*, 379 U.S. 48, 57-58 (1964); (Docs. 1, 1-1.)

8. The burden shifted to Respondents to rebut the *prima facie* showing.  *Id.* at 58.

9. Because Respondents have not presented any argument or evidence, they have not rebutted that prima facie showing.  *Id.*; (Docs. 8-9).

Accordingly, IT IS HEREBY RECOMMENDED that the IRS summonses served upon Respondents be enforced and that:

(1) Respondent be ordered to appear at the Internal Revenue Service offices located at 2525

Capitol Street, Suite 204, Fresno, California 93721 (or by telephone pursuant to the consent of Respondents), before Revenue Agent Shannon De Voe Ramsey within 60 days of any order adopting these findings and recommendations to give testimony;

(2) Respondent be ordered to produce for examining and copying the books, checks, records, papers, and other data demanded by the summons; and

(3) Failure to comply with this order may result in the issuance of sanctions.

These findings and recommendations are submitted to the United States District Judge assigned to the case, under 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 304 of the Local Rules of the United States District Court for the Eastern District of California. Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be titled "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within fourteen days after service of the objections. The District Judge will then review these findings and recommendations pursuant to 28 U.S.C. § 636(b)(1).

IT IS SO ORDERED.

Dated:  **November 7, 2023**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND RECOMMENDATIONS                    3